# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| HOWARD APPEL, § | |
| Plaintiff, § | |
| v. § | |
| § | No. 1:21-MC-522-RP |
| ROBERT S. WOLF, § | |
| Defendant. § | |

## ORDER

Before the court is Non-Parties Concierge Auctions LLC and Chad Roffers' Motion to Quash and Request for Protective Order (Dkt. #1) and Plaintiff Howard Appel's Response (Dkt. #3). A reply brief was not filed.[1] Having considered the respective briefing, applicable law, and the points raised by counsel during a hearing held on July 7, 2021, the court enters the following Order.

Non-Parties Concierge Auctions LLC and Chad Roffers' Motion to Quash and Request for Protective Order (Dkt. #1) is **DENIED.** Non-party Chad Roffers ("Roffers") is **ORDERED** to submit to a deposition in compliance with the Federal Rules of Civil Procedure **no later than July 27, 2021.**

The court has not come to a conclusion as to the merit of Plaintiff Howard Appel's ("Appel") request for expenses as a prevailing party pursuant to Federal Rules of Civil Procedure 26(c)(3) and 37(a)(5). *See* Dkt. #3 at 10. Nonetheless, Appel is authorized to file a motion in support of such a request within seven (7) days of this Order. An argument could be made that the time and resources necessary to craft such a motion would be better spent preparing for Roffers'

---

[1] On June 22, 2021, the underlying motion was referred, via text order, by United States District Judge Robert Pitman to the undersigned for resolution as to the merits pursuant to 28 U.S.C. § 636(b)(1)(A), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

deposition.

        SIGNED July 8, 2021.

                                                                                            MARK LANE
                                                                                           UNITED STATES MAGISTRATE JUDGE